UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCHOOL BOARD OF LEE COUNTY,
FLORIDA,

    Plaintiff,

-vs-                                  Case No. 2:05-CV-5-FTM-29SPC

M.M. and J.M. on behalf of M.M. II,
a minor,

    Defendants.
_____/

**OPINION AND ORDER**

    This matter comes before the Court on plaintiff, School Board of Lee County Florida's ("School Board") Motion to Strike Affirmative Defenses (Doc. #10), filed on February 4, 2005. Defendants have not filed a response and the time to do so has expired.

    Pursuant to the Individuals with Disabilities Education Act ("the IDEA"), 20 U.S.C. §1400 *et seq.,* the School Board seeks *de novo* review of the Final Order issued by an Administrative Law Judge of the Florida Division of Administrative Hearings. Defendants filed their Answer and Affirmative Defenses to Plaintiff's Amended Complaint (Doc. #8) on January 27, 2005 asserting two affirmative defenses. The first defense asserts that they were prevailing parties at the administrative hearing and are entitled to attorney's fees and costs, and the second incorporates

by reference all claims set forth in a related action, Case No. 2:05-cv-0007-FTM-29SPC, in which they are plaintiffs. Neither is an affirmative defense, and both will be stricken.

Accordingly, it is now

**ORDERED**:

Plaintiff's Motion to Strike Affirmative Defenses (Doc. #10) is **GRANTED,** and the two affirmative defenses are stricken.

**DONE AND ORDERED** in Fort Myers, Florida this ___10th___ day of May, 2005.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record